UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MAGISTRATE'S COURTROOM MINUTES**

UNITED STATES OF AMERICA

v

ROBERT FINN

PROCEEDINGS: Rule 5 - SDNY

CLAIRE C. CECCHI, U.S. MAGISTRATE JUDGE

MAGISTRATE NO.: 11-mj-4014-01

DATE OF PROCEEDINGS: 01/11/11

DATE OF ARREST: 01/11/11

( ) COMPLAINT TO BE FILED
( ) INFORMATION ___ FELONY ___ MISDEMEANOR
(✓) ADVISED OF RIGHTS, CHARGES, AND PENALTIES
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL: ✓ AFPD ___ CJA
(✓) WAIVER OF HRG.: ___ PRELIM ✓ REMOVAL
( ) WAIVER OF INDICTMENT
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT TO BE FILED
( ) RULE 11 FORM TO BE FILED
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER ______________________

(✓) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: ______________________
( ) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED ______________________
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG. DATE: ______________________
( ) DETENTION / BAIL HRG. DATE: ______________________
( ) TRIAL: ___ BENCH ___ JURY DATE: ______________________
( ) SENTENCING DATE: ______________________
( ) OTHER: ______________________ DATE: ______________________

APPEARANCES:

AUSA JOSE ALMONTE, AUSA

DEFT. COUNSEL LORRAINE GAULI-RUFO, AFPD

PROBATION ______________________

INTERPRETER ______________________
Language: ( )

Time Commenced: 2:55
Time Terminated: 3:00
CD No: ECR

Nitza Creegan
DEPUTY CLERK