UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : MAG. NO. 11-mj-4014-01

ROBERT FINN : O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 11th day of January, 2011,

ORDERED that LORRAINE GAULI-RUFO, AFPD from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this case until further order of the Court.

s/ CLAIRE C. CECCHI
Hon. Claire C. Cecchi
U.S. Magistrate Judge