AO 92
(Rev. 6/83)

# COMMITMENT

| United States District Court | DISTRICT OF NEW JERSEY |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ROBERT FINN | DOCKET NO.<br><br>MAGISTRATE CASE NO. 11-mj-4014-01 |

The above named defendant was arrested upon the complaint of

charging a violation of 18 U.S.C. § 371 & 491

| DISTRICT OF OFFENSE Southern District New York | DATE OF OFFENSE |
|---|---|

DESCRIPTION OF CHARGES:

Violation of supervised release

BOND IS FIXED AT
$ 0

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take the custody of the above named defendant and to commit that defendant with a certified copy of this commitment to the custodian of a place of confinement approved by the Attorney General of the United States where the defendant shall be received and safely kept until discharged in due course of law.

01/11/11
*Date*

s/ Claire C. Cecchi
*United States Judge or Magistrate*

RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |