AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

for the District of New Jersey

UNITED STATES OF AMERICA
V.

ROBERT FINN

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:10-CR-61 | 11-mj-4014-01 | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☐ Indictment ☐ Information ☐ Complaint x Other (specify) Petition for Violation of Supervised Release

charging a violation of 18 U.S.C. § 371 & 491

DISTRICT OF OFFENSE
Southern District of New York

DESCRIPTION OF CHARGES:

Violation of supervised release on original charge: Passing Counterfeit U.S. Currency

CURRENT BOND STATUS:

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☑ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel x Federal Defender Organization ☐ CJA Attorney ☐ None

Interpreter Required? x No ☐ Yes Language:

DISTRICT OF

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 11, 2011
Date

Claire C. Cecchi
Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |